AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KRISTY JIMENEZ, <br> *Plaintiff* <br> v. <br> SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 775, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:21-CV-3128-TOR <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: State Defendants' Motion to Dismiss (ECF No. 20) is GRANTED. The claims asserted against Defendants Don Clintsman and Governor Jay Inslee in Plaintiff's Complaint (ECF No. 1) are DISMISSED with prejudice. Union Defendants' Motion for Judgment on the Pleadings (ECF No. 22) is GRANTED. The claims asserted against Service Employees International Union Local 775 and Service Employees International Union are DISMISSED with prejudice. Any remaining state law claims are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on State Defendants' Motion to Dismiss (ECF No. 20) and Union Defendants' Motion for Judgment on the Pleadings (ECF No. 22).

Date: March 4, 2022

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*
B. Fortenberry